*In re* ESTATE OF MICHAEL J. FLYNN, Deceased—(PIONEER TRUST AND SAVINGS BANK, Administrator-Appellant, *v.* GERTRUDE E. JOHNSON, Claimant-Appellee.)

(No. 54734;

First District—May 19, 1971.

*Abstract of Decision*

Opinion by Mr. JUSTICE BURMAN.

McAllister & Cross, of Chicago, (Chester J. Cross, of counsel,) for appellant.

Symek, Bishart & Solomon, of Chicago, for appellee.